1

2

3    **Marcy E. Golomb, Attorney at Law**
     **14301 N. 87th Street, Suite 108**
4    **Scottsdale, AZ 85260**
     **Phone: (480) 707-2281**
5    **Fax: (480) 443-8544**
     **State Bar # 023658**
6    **Attorney for Debtors**

7
                  **IN THE UNITED STATES BANKRUPTCY COURT**
8                      **FOR THE DISTRICT OF ARIZONA**

9

10   IN RE:                                    No. 2:10-bk-26668-GBN
     Robert Fredrick Castelluccio and Kathy Lou   Chapter 7
11   Castelluccio                              Hon. George B. Nielsen Jr.
     Debtors
12                                             **ORDER**

13   _____
     Federal National Mortgage Association
14   Movant,
     vs.
15   Robert Fredrick Castelluccio and Kathy Lou
     Castelluccio, Debtors, Andrew S. Nemeth,
16   Trustee.
     Respondents.
17

18

19

20          It is hereby **ORDERED** by this Court granting Respondents' request by this to continue the

21   hearing regarding the Movant's Motion to Lift the Automatic stay to this      day of

22   ,2010.

23

24

25                              By_____
26                                  Hon. George B. Nielsen
                                    US Bankruptcy Court Judge
27                                  District of Arizona

28

                                      -1-